**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

TIMOTHY W. BROWN                                                                          PLAINTIFF

V.                                          4:10CV00180 SWW

ARKANSAS DEPARTMENT OF                                                          DEFENDANTS
HUMAN SERVICES, et al.

## ORDER

Plaintiff has submitted this §1983 case for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transmit a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 24th day of March 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE